**VERIFICATION**

I, Mark Csaba, hereby verify that I have authorized the filing of the attached Verified Stockholder Derivative Complaint, that I have reviewed the Verified Stockholder Derivative Complaint and that the facts therein are true and correct to the best of my knowledge, information and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2021

Mark Csaba
Mark Csaba (Dec 4, 2021 09:40 CST)

Mark Csaba