Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Defendants Joseph W. Turgeon,
Kurt A. Gustafson, Francois Lebel, William L. Ashton,
Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca,
Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner,
Raymond W. Cohen, Gilles R. Gagnon, Anthony E.
Maida, and Elizabeth A. Czerepak and for
Nominal Defendant Spectrum Pharmaceuticals Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK CSABA, Derivatively on Behalf of SPECTRUM PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS LEBEL, WILLIAM L. ASHTON, NORA E. BRENNAN, SETH H.Z. FISCHER, JEFFREY L. VACIRCA, DOLATRAI M. VYAS, BERNICE R. WELLES, STUART KRASSNER, RAYMOND W. COHEN, GILLES R. GAGNON, ANTHONY E. MAIDA, AND ELIZABETH A. CZEREPAK, <br><br> Defendants, <br><br> and <br><br> SPECTRUM PHARMACEUTICALS INC., <br><br> Nominal Defendant. | CASE NO. 2:21-CV-02202-JCM-BNW <br><br> **STIPULATION AND ORDER GRANTING DISMISSAL OF PLAINTIFF'S VERIFIED DERIVATIVE COMPLAINT** |

Plaintiff Mark Csaba, ("Plaintiff") derivatively and on behalf of nominal defendant Spectrum Pharmaceuticals Inc. ("Spectrum" or the "Company"), and defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner, Raymond W.

1  Cohen, Gilles R. Gagnon, Anthony E. Maida, and Elizabeth A. Czerepak ("Defendants" and
2  together with the Plaintiff and Spectrum, the "Parties") jointly submit this Stipulation
3  ("Stipulation"), and in support thereof state as follows:
4      **WHEREAS**, on December 15, 2021, Plaintiff filed the above-captioned action purportedly
5  in the right, and for the benefit, of Spectrum against Defendants (the "Action");
6      **WHEREAS**, on or about July 31, 2023, Spectrum completed a merger transaction that
7  resulted in Plaintiff no longer being a stockholder of the Company and, accordingly, no longer
8  having standing to pursue derivative claims on the Company's behalf; and
9      **WHEREAS**, the Parties hereby certify that no compensation in any form has passed
10 directly or indirectly to Plaintiff or its attorneys in the Action and no promise to give any such
11 compensation has been made;
12     **IT IS HEREBY STIPULATED AND AGREED** by the parties hereto that pursuant to
13 Federal Rules of Civil Procedure 23.1(c) and 41(a), this Action is dismissed.

| JULIE & HOLLEMAN LLP | PISANELLI BICE PLLC |
|---|---|
| By: /s/ Garam Choe<br>Garam Choe, Esq.<br>157 East 86th Street, 4th Floor<br>New York, New York 10028 | By: /s/ Jordan T. Smith<br>Jordan T. Smith, Esq., #12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| Martin A. Muckleroy, Esq.<br>MUCKLEROY LUNCY, LLC<br>6077 S. Fort Apache Road, Suite 140<br>Las Vegas, Nevada 89148 | *Attorneys for Defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner, Raymond W. Cohen, Gilles R. Gagnon, Anthony E. Maida, and Elizabeth A. Czerepak and for Nominal Defendant Spectrum Pharmaceuticals Inc.* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 23, 2024

CASE NO. 2:21-CV-02202-JCM-BNW

2